| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF NEW YORK<br>--------------------------------------------------------<br>In Re:<br><br>**ALEVTINA DICK,**<br><br>                              Debtor.<br>-------------------------------------------------------- | 13-3589448<br><br>Presentment Date: 1/17/12<br>Presentment Time: 12:00 Noon<br>Hearing Date if Needed: 2/6/12<br>Time: 10:00 A.M.<br><br>Chapter 7<br><br>Case No. 11-41682 (JBR) |

### AMENDED NOTICE OF PRESENTMENT
### OF APPLICATION FOR AN ORDER PURSUANT TO RULE 2004 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE AUTHORIZING EXAMINATION
### AND THE PRODUCTION OF DOCUMENTS

      **PLEASE TAKE NOTICE** that upon the Application of Robert L. Geltzer, Esq., Chapter 7 Trustee ("Trustee") of Alevtina Dick (the "debtor") in the above-captioned Chapter 7 case, and the proposed Order, the undersigned will present the attached proposed Order to the Honorable Joel B. Rosenthal, United States Bankruptcy Judge, United States Bankruptcy Court, Eastern District of New York, 271 Cadman Plaza East, Room 3577, Brooklyn, New York 11201, on January 17, 2012 at 12:00 noon for signature.

      **PLEASE TAKE FURTHER NOTICE**, that any objections to the Motion shall be set forth in a writing describing the basis therefor, which shall be (i) filed with the Court electronically in accordance with the Court's General Order concerning revised electronic filing procedures, signed by Chief Judge Conrad B. Duberstein on December 26, 2002 (the "General Order")[1] by registered users of the Court's Electronic Case Filing system, and by all other parties in interest on 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect or any other Windows-based word processing format (with a hard copy delivered directly to Chambers), and served in accordance with the General Order or by first-class mail, and (ii) served upon Law Offices of Robert L. Geltzer, counsel to the Trustee, 1556 Third Avenue, Suite 505, New York, New York 10128 (Attention: Robert L. Geltzer, Esq.); and attorney for the Debtor, Natalia Skvortsova, Esq., 2311 Coney Island Avenue, Brooklyn, New York 11223; and the United States Trustee, 271 Cadman Plaza East, Room 4529, Brooklyn, New York 11201 (Attention: Marylou Martin, Esq.); and upon all parties listed on the Service List attached, unless otherwise ordered by the Court, no later than seven (7) days prior to the Presentment Date.

---

[1]     The General Order and instructions regarding the Electronic Case Filing system can be found at www.nyeb.uscourts.gov, the official website for the United States Bankruptcy Court for the Eastern District of New York.

**PLEASE TAKE FURTHER NOTICE**, that unless objections are received by that time, the Order may be signed by the Court.

**PLEASE TAKE FURTHER NOTICE**, that in the event that objections to the relief sought herein are timely served and filed, a hearing will be held before the Honorable Joel B. Rosenthal, United States Bankruptcy Judge on February 6, 2012 at 10:00 a.m.

**PLEASE TAKE FURTHER NOTICE**, that the proposed Order may be modified at, or prior to the conclusion of, any hearing to accommodate any objection(s) thereto by interested parties or for any other reason whatsoever, and that at any hearing held, the Court may enter such Order(s) as it deems appropriate in accordance with applicable law and as required by circumstances and equities of the case.

Dated: New York, New York
       December 29, 2011

                The Law Offices of
                ROBERT L. GELTZER
                Counsel to the Trustee
                ROBERT L. GELTZER, ESQ., as Trustee
                for Alevtina Dick
                1556 Third Avenue, Suite 505
                New York, New York 10128
                (212) 410-0100

                By: /s/ Robert L. Geltzer
                    ROBERT L. GELTZER (RG 4656)
                    A Member of the Firm