UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In Re:                                          Chapter 7
                                                Case No. 11-41682-NHL
Alevtina Dick

           Debtor.

---------------------------------------------------------

## NOTICE

**PLEASE TAKE NOTICE** that the Court has scheduled a hearing on the Letter Captioned: "Request for Immediate Review" , [ECF#56], filed by Alevtina Dick for December 4, 2013 at 3:00 P.M. before the Honorable Nancy Hershey Lord at The Conrad B. Duberstein United States Bankruptcy Courthouse, 271-C  Cadman Plaza East, Room 2529, Brooklyn, New York 11201.


Dated: Brooklyn, New York                *S/ Angela Howard*
      October 24, 2013                    ANGELA HOWARD, COURTROOM DEPUTY
                                             FOR THE HONORABLE NANCY HERSHEY LORD