**Honorable Nancy Hershey Lord**
U.S. Bankruptcy Court Judge           December 2, 2013
Eastern District of New York
271 Cadman Plaza East, Suite 1595      **Hand Delivered**
Brooklyn, N.Y. 11201-1800

RE: **Alevtina Dick, Case No. 11-41682-nhl-Hearing on December 4, 2013**
    <u>**Leslie Dick Petition for Immediate Relief**</u>

Dear Judge Lord:

Pursuant to [In re Westwood Community Two Association, Inc., F. 3d 1332, 1337 (11th Circuit 2002)] "any party in interest" has a right to be heard in a Chapter 7 Bankruptcy proceeding. I am in receipt, as of December 29, 2013, the trustee's Response To Debtor's Letter of October 23, 2013, mailed to me personally by the trustee.

Please find my Request for Investigation and Grand Jury Indictment which enumerates the Violations of Law as it pertains to the past and current acts by trustee, Robert L.Geltzer and others, which is attached hereto and incorporated herein by reference.

I take great offense to Mr. Geltzer's using the word "<u>irrational</u>" complaints in Pgh. 18, on Page 6, of his Response Letter;

> "Now comes the Debtor's October 23, 2013 letter. First, as to <u>her</u> unfounded and <u>irrational</u> complaints with respect to the 2004 Order that I obtained."

That by using the word <u>her</u> and <u>irrational</u>, the trustee would like the reader(s) to believe <u>his</u> disparaging personal remarks will underline that the discharged Debtor is a women and is irrational—thus not to be taken seriously.

~ 1 ~

<u>This language by the trustee violates I. B. of Administrative Order No. 568, In re: Adoption of New York State Standards of Civility, dated October 28, 2010.</u>

I have been married to my wife for over 13 years, and I can assure this Court that Alevtina Dick is rational in all aspects of her personal and professional life.

**Request for Relief:**

1.) Judge Lord, I am respectfully requesting that the trustee Robert L.Geltzer and the trustee's Law Firm, Law Offices Robert L. Geltzer be held accountable for his illegal acts; and that he testify under oath in regard to his actions.

2.) In addition, I respectfully request that an Order be issued that trustee Robert L. Geltzer has no authority to my Legal File, including my wife's Legal File; and that the Order dated November 6, 2013 by Judge Manuel Mendez be dissolved for for including to, but not limited to, lack of jurisdiction;

3.) Finally, I would request that the trustee immediately give back all the documents he obtained illegally and all notes of the illegal & privileged communications with Joseph Campisi, Mordecai Schwartz; and the suppressed evidence in his possession from the Law Firm of Kucker and Bruh.

Respectfully yours,

Cc: Robert L. Geltzer, trustee
    Dinkes and Schwitzer, P.C.

Leslie Dick
917.362.7111

U.S. Bankruptcy Clerk

114-06 Queens Blvd. C8
Forest Hills, New York 11375