LAW OFFICES OF
# ROBERT L. GELTZER
1556 THIRD AVENUE
NEW YORK, NEW YORK 10128
(212) 410-0100

FACSIMILE (212) 410-0400

January 10, 2014

Honorable Nancy H. Lord
United States Bankruptcy Court
Eastern District of New York
271 Cadman Plaza East
Brooklyn, NY 11201

               Re:    **Alevtina Dick - Case No. 11-41682 (NHL)**

Dear Judge Lord:

      My Reply to Debtor's Objection to my Application to Retain Special Personal Injury Monitoring Counsel to me, as Trustee (the "Retention Application"), with respect to which Your Honor has set a hearing on January 30, 2014 at 12:00 p.m.; and my reply to the non-debtor-husband's, Leslie Dick's January 14, 2014 "Sworn Memorandum in Support of Order to Show Cause and Acceptance and Review of the; In Camera Letter dated December 30, 2013 from Leslie Dick" [sic] (the "Memorandum"), which is returnable on January 15, 2014 at 2:30 p.m., will be filed and served no later than Tuesday, January 14, 2014.

      Inasmuch as Your Honor also has, on January 7, 2014, entered an Order to Show Cause in connection with the Memorandum, and in light of the fact that the issues embodied in the Retention Application and the Memorandum are so inextricably intertwined (indeed, in reality one and the same), and involve the same parties, I respectfully request that the presently scheduled January 30, 2014 hearing on the Retention Application be advanced to January 15, 2014 at 2:30 p.m. so that all matters may be heard before Your Honor at the same time.

      If this is not acceptable, I request that the Order to Show Cause be moved to January 30, 2014.

Honorable Nancy H. Lord
January 10, 2014
Page 2

  I thank you in advance for your courtesy and consideration and shall inquire of Your Chambers as to this scheduling request. Thank you.

            Sincerely and respectfully,

            Robert L. Geltzer

RLG:ayh

cc:
 Guy A. Van Baalen, Esq. (by email only)  Natalia Skvortsova, Esq. (by regular mail only)
 Alicia M. Leonhard, Esq. (by email only)  William R. Hamel, Esq. (by regular mail only)
 Marylou Martin, Esq. (by email only)   Schwartz Goldstone & Campisi, LLP
                    (by regular mail only)
 Alevtina Dick (by regular mail only)    ECF File
 Leslie Dick (by regular mail only)     Nazar Khodorovsky, Esq. (by email only)
 Sheldon J. Tashman, Esq. (by email only)